# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TYRONE L. GARNER,       ) | 3:03-cv-00315-ECR-VPC |
| Petitioner,       ) | |
|       ) | **ORDER** |
| vs.       ) | |
|       ) | |
| CRAIG FARWELL, *et al.*,       ) | |
|       ) | |
| Respondents.       ) | |

Petitioner has filed a motion for reconsideration related to the Court's prior order disallowing amendment to his current federal habeas petition. (ECF No. 72.)  Pursuant to Federal Rules of Civil Procedure 60, a party may obtain relief from judgment or an order for clerical mistakes or due to mistake, inadvertence, excusable neglect, or newly discovered evidence.

Petitioner rightfully points out that the Court's order of April 21, 2008, granted him leave to return to state court to reassert certain claims based on new developments in state law.  The Order further allowed him to pursue other unexhausted claims that he may have.  *See* Order (ECF No. 65).  Petitioner informs the Court that he has exhausted claims which were not previously brought in his petition, requiring that he amend the petition to assert all of his now exhausted claims.  Thus, his motion shall be granted and petitioner shall be afforded an opportunity to file an amended petition.

**IT IS THEREFORE ORDERED** that petitioner's Motion for Relief From Judgement or Order (ECF No. 72) is **GRANTED**.

**IT IS FURTHER ORDERED** that petitioner shall have forty-five (45) days from entry of this order to file his amended petition.  Petitioner shall clearly title the new petition "First Amended Petition."

**IT IS FURTHER ORDERED** that Respondents shall have **forty-five (45) days** from filing of the amended petition to answer or otherwise respond to the First Amended Petition.

Dated this 17th day of May, 2011.

                                    *Edward C. Reed*
                                    UNITED STATES DISTRICT JUDGE