UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

TYRONE L. GARNER,

    Petitioner,

vs.

CRAIG FARWELL, *et al.*,

    Respondents.

3:03-cv-00315-RCJ-VPC

**ORDER**

In this action on a petition for writ of habeas corpus, respondents have filed their Answer to petitioner's Amended Petition and petitioner has replied. Although this matter has a complex history, it does not appear that a complete state court record has ever been provided. Given the claims at issue, which require the Court to review that record including the trial transcripts, the record must be supplemented.

**IT IS THEREFORE ORDERED** that respondents shall have thirty days to supplement the state court record with a complete set of transcripts for the criminal proceedings, including a full trial transcript.

DATED: This 17th day of June, 2013.

_____
UNITED STATES DISTRICT JUDGE