**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TYRONE L. GARNER,<br><br>　　　　Petitioner,<br><br>vs.<br><br>CRAIG FARWELL, *et al.*,<br><br>　　　　Respondents. | 3:03-cv-00315-RCJ-VPC<br><br>**ORDER** |

In this action on a petition for writ of habeas corpus, respondents have filed their Answer to petitioner's Amended Petition and petitioner has replied. Although this matter has a complex history, it does not appear that a complete state court record has ever been provided. Given the claims at issue, which require the Court to review that record including the trial transcripts, the record must be supplemented.

**IT IS THEREFORE ORDERED** that respondents shall have thirty days to supplement the state court record with a complete set of transcripts for the criminal proceedings, including a full trial transcript.

DATED: This 17th day of June, 2013.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE