# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TYRONE L. GARNER,<br>　　Petitioner,<br>vs.<br>CRAIG FARWELL, et al.,<br>　　Respondents. | Case No. 3:03-cv-00315-RCJ-VPC<br><br>**ORDER** |

　　IT IS ORDERED that, from this date forward, the hard copy of any exhibits shall be forwarded—for this case—to the staff attorneys in Las Vegas.

　　Dated: This 8th day of November, 2013.

_____
ROBERT C. JONES
Chief United States District Judge