1

2

3

4

5

6 **UNITED STATES DISTRICT COURT**

7 **DISTRICT OF NEVADA**

8

9 TYRONE L. GARNER,

10        Petitioner,                                    Case No. 3:03-cv-00315-RCJ-VPC

11 vs.                                                   **ORDER**

12 CRAIG FARWELL, et al.,

13        Respondents.

14

15        IT IS ORDERED that, from this date forward, the hard copy of any exhibits shall be

16 forwarded—for this case—to the staff attorneys in Las Vegas.

17        Dated: This 8th day of November, 2013.

18

19                                                    _____

20                                                    ROBERT C. JONES
                                                      Chief United States District Judge

21

22

23

24

25

26

27

28